### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CPIF LENDING, LLC,** | : | |
|       Plaintiff, | : | **CIVIL ACTION** |
| | : | **No. 18-2049** |
| v. | : | |
| | : | |
| **CHESTNUT HILL HCP I, LLC, et al.** | : | |
|       Defendants. | : | |

## ORDER

This 6th day of July, 2020, upon consideration of Petitioner's Motion for Relief from Stay (ECF 89), Plaintiff's Objection (ECF 91), and Petitioner's Reply (ECF 93), it is hereby **ORDERED** that the Motion is **GRANTED**, provided, however, that Petitioner may not proceed against assets in excess of the limits of available insurance combined with any deductible or self-insured retention.

                                                              /s/ Gerald Austin McHugh
                                                              United States District Judge